# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALEZ RUBIO JR., ) | Case No. CV 11-10469 DOC (MRW) |
| Petitioner, ) | |
| vs. ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| M.D. BITER, Warden, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting Respondent's dismissal motion and dismissing this action with prejudice.

DATE: _September 25, 2012_

_David O. Carter_

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE