UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALEZ RUBIO JR., ) | Case No. CV 11-10469 DOC (MRW) |
| Petitioner, ) | |
| vs. ) | JUDGMENT |
| M.D. BITER, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Final Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: September 25, 2012

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE